DATE: January 15, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Steven Ray Keen
Docket No.: 3:04-00198-01

TO: The Honorable Aleta A. Trauger, U.S. District Judge

On March 10, 2011, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 1669 | 1 | Urine Testing Subterfuge Device |

Thank you for your time and consideration in this matter.

Approved: _[signature]_
The Honorable Aleta A. Trauger
U.S. District Judge